**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SHELLEY D. KROHN,<br><br>        Plaintiff,<br><br>  v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:13-CV-02301-APG-GWF<br><br>**ORDER** |

IT IS ORDERED that the parties shall file a status report on or before February 20, 2015.

DATED this 10th day of February, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE